**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00390-CR

**RODNEY FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-71589**

## ORDER

The Court **GRANTS** the State's December 2, 2013 motion to extend time to file its appellate brief. The State is **ORDERED** to file its brief by December 30, 2013.

/s/     DAVID EVANS
        PRESIDING JUSTICE